UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JEFFREY ALLEN ETHERIDGE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MELINDA J. GIBSON )<br>AND REGENT UNIVERSITY, )<br>)<br>Defendants. ) | JUDGMENT<br><br>No. 5:11-CV-219-FL |

**Decision by Jury.**

This action came before the Honorable Louise W. Flanagan, United States District Judge. The claims in this action were tried by a jury with Judge Louise Wood Flanagan presiding, and the jury rendered a verdict fully favorable to the defendants.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff shall recover nothing and this action is dismissed.

**This Judgment Filed and Entered on July 26, 2012, and Copies To:**

Marshall A. Gallop, Jr. (via CM/ECF Notice of Electronic Filing)
W. Earl Taylor, Jr. (via CM/ECF Notice of Electronic Filing)
Jeffrey A Doyle (via CM/ECF Notice of Electronic Filing)


July 26, 2012                JULIE A. RICHARDS, CLERK
                              /s/ Christa N. Baker
                             (By) Christa N. Baker, Deputy Clerk