UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JEFFREY ALLEN ETHERIDGE,     )
    )
       Plaintiff,     )
    )         JUDGMENT
    v.     )
    )         No. 5:11-CV-219-FL
MELINDA J. GIBSON     )
AND REGENT UNIVERSITY,     )
    )
       Defendants.     )

**Decision by Jury.**

This action came before the Honorable Louise W. Flanagan, United States District Judge. The claims in this action were tried by a jury with Judge Louise Wood Flanagan presiding, and the jury rendered a verdict fully favorable to the defendants.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff shall recover nothing and this action is dismissed.

**This Judgment Filed and Entered on July 26, 2012, and Copies To:**

Marshall A. Gallop, Jr. (via CM/ECF Notice of Electronic Filing)
W. Earl Taylor, Jr. (via CM/ECF Notice of Electronic Filing)
Jeffrey A Doyle (via CM/ECF Notice of Electronic Filing)


July 26, 2012                 JULIE A. RICHARDS, CLERK
                           /s/ Christa N. Baker
                           (By) Christa N. Baker, Deputy Clerk